Date: 4-24-2015

Re: PD-1577-14, Charles Martin, Trial Court, Cause No. 38715-C
Court of Appeals No. 02-14-00003-CR

Dear Clerk;

I respectfully request the disposition of the Motion For Rehearing, concerning the above mentioned P.D.R.. Out of due diligence this 2nd request for whether the Motion for Rehearing is being considered or not is of vital importance. Thank you for your response. I have taken the liberty to include a self addressed stamped envelope for the response to this request.

Your assistance is truely appreciated in this matter.

Respectfully submitted,
Mr. Charles Martin, #1101119
McConnell Unit
3001 S. Emily Dr.
Beeville, Tx. 78102

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 28 2015

Abel Acosta, Clerk